CLERK'S OFFICE U.S. DIST[RICT COURT]
AT ROANOKE
FILED

AUG 12 2024

LAURA A. AUSTIN, CLERK
BY: /s/
     DEPUTY CLERK

Dear Court

Today I'm writeing you in regards of all orginal Doc filed. The Day I filed all class Action 1983 title 7# Lowsute there in roanoke VA, Poff Blding, yes I was water Boarded and the Dates, are cus Between "3/09"/"12/09", all caught on camara in the sally port of Alleghaney Reg. Jail. Covington VA! Asking for my advance So I can hier Depenssion. I'm under Doctors care, and I have No income.

King Curtie Onnes [signature]

**WESTERN STATE H(** 
**BOX 2500** 
**STAUNTON, VIRGINIA 24402-2500**

RICHMOND VA RPDC 230 
8 AUG 2024 PM 6 L

US POSTAGE (Pitney Bowes) 
ZIP 24401 $000.69 
02 4W 
0000335791 AUG 02 2024

King Cedric Omar Snead

Poff Bld. 
210 Franklin Ave   Suite 540 
Roanoke VA 24484

**RECEIVED** 
AUG 12 2024 
USDC Clerk's Office 
Mail Room

24011-220840